Matter of Puchalski v Lemke (2024 NY Slip Op 06502)

Matter of Puchalski v Lemke

2024 NY Slip Op 06502

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

948 CAF 23-02126

[*1]IN THE MATTER OF GRACE PUCHALSKI, PETITIONER-APPELLANT,
v
TIMOTHY J. LEMKE, RESPONDENT-RESPONDENT.

D.J. & J.A. CIRANDO, PLLC, SYRACUSE (REBECCA L. KONST OF COUNSEL), FOR PETITIONER-APPELLANT.
ROBERT E. GENANT, MEXICO, FOR RESPONDENT-RESPONDENT.
PETER J. DIGIORGIO, JR., UTICA, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Oswego County (Donald P. VanStry, R.), entered October 16, 2023, in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted sole legal and physical custody of the subject child to respondent. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Family Court.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court